**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In the matter of:** | : | Case No. 09-55191 |
| | : | Chapter 7 (Judge Preston) |
| Christopher Hornback | : | |

### NOTICE TO THE CLERK OF UNCLAIMED AND SMALL DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $2.45 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The names(s) and addresses for the parties entitled to those unclaimed dividends are:

| Creditor Name & Address | Claim No. | Amount of Dividend |
|---|---|---|
| Internal Revenue Service<br>Centralized Insolvency Section<br>PO Box 21126<br>Philadelphia, PA   19114 | 2a  (Unsecured portion) | $2.45 |

| Total Unclaimed/Small<br>Dividends $25.00 or under | Total Unclaimed<br>Dividends  Over $25.00 |
|---|---|
| $2.45 | $0.00 |

Dated:  5/5/10                                              /s/ Susan L. Rhiel
                                                                    Case Trustee